**Order entered October 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00208-CV

**WILLIE G. COOKS, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12257**

## ORDER

By postcard dated March 13, 2013, the court reporter was directed to file the reporter's record within thirty days of the date of the notice. To date, the reporter has not filed the record or otherwise communicated with the Court. Accordingly, we **ORDER** Deana K. Savage, Official Court Reporter of the 95th Judicial District Court, to file the record within thirty days of the date of this order. If no record exists or if a record exists but appellant has not requested it or paid or made arrangements to pay for it, Ms. Savage shall inform the Court in writing within ten (10) days of the date of this order. No extension will be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to Ms. Savage and the Honorable Ken Molberg, Presiding Judge of the 95th Judicial

District Court.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE